IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JERMAIN D. LEWIS                                                                                          PLAINTIFF

v.                                        Civil No. 4:17-cv-04054

SHERIFF BOBBY WALRAVEN,
Little River County, Arkansas; ROGER
MITCHELL, Arkansas Community Correction
(ACC); CYNTHIA HOLMES, ACC; LYNN
BAUCUM, Ashdown Police Department;
BRANDY NELSON; TAMMY PHELP;
and DEPUTY PROSECUTOR AL SMITH                                              DEFENDANTS

## ORDER

Plaintiff filed this case *pro se* on July 6, 2017 pursuant to 42. U.S.C. § 1983. ECF No. 1. His Application to Proceed *in forma pauperis* was granted that same day. ECF No. 3.

In addition to others, Plaintiff has named Cynthia Holmes and Lynn Baucum as defendants in this matter. He alleges in his Complaint "On March 6, 2017 Officer Lynn Baucum and Cynthia Holmes made false claim, false statement, false Report and violation of due process violation of 6th, 8th 14 Amends Rights of U. S. Constitutional". ECF No. 1. The Court is unable to determine what these individuals did or failed to do which resulted in a violation of Plaintiff's constitutional rights.

Plaintiff is given until **August 22, 2017** to file a supplement to his Complaint. In the Supplement Plaintiff should describe when, where and to whom the false statements and reports were made as well as the subject matter of those statements and reports. Plaintiff should specify what each person did or failed to do that violated his constitutional rights.

Plaintiff is advised that he is required to immediately inform the Court of any change of address. **If Plaintiff is transferred to another jail or prison, he shall have 30 days from the**

**date of transfer in which to notify the Court of his new address.** Plaintiff shall submit a change of address on a separate piece of paper entitled "Notice to the Court of Change of Address" and not include any motions or otherwise request relief in this document. The notice shall contain only information pertaining to the address change. Failure to inform the Court of an address change may result in the dismissal of this case.

      **IT IS SO ORDERED** this 1st day of August 2017.

                        /s/ Barry A. Bryant
                        HON. BARRY A. BRYANT
                        UNITED STATES MAGISTRATE JUDGE